AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00131 |
| | ) Assigned To : Harvey, G. Michael |
| Thomas Riddle | ) Assign. Date : 6/20/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____THOMAS RIDDLE_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.
18 U.S.C. § 1361 - Willfully Injuring or Depredating of any Property of the Unites States.

Date: __06/20/2023__                                           G. Michael Harvey
                                                               Digitally signed by G. Michael Harvey
                                                               Date: 2023.06.20 11:51:36 -04'00'
                                                               *Issuing officer's signature*

City and state: __Washington, D.C.__                G. Michael Harvey, U.S. Magistrate Judge
                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 6/20/23, and the person was arrested on *(date)* 6/21/23
at *(city and state)* Greenville, SC.

Date: 6/21/23                                          _____
                                                       *Arresting officer's signature*

                                                       Robert Gebing - TFO
                                                       *Printed name and title*