IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC DIVISION

NO. 1:23-MJ-00131-GMH-2

UNITED STATES OF AMERICA

v.

THOMAS RIDDLE

**NOTICE OF APPEARANCE**

Counsel, Leza Lee Driscoll, respectfully provides this Honorable Court with Notice of Appearance as Co-Counsel on behalf of defendant, Thomas Riddle.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

JOSEPH HONG HUYNH
DOJ-USAO
405 E 8th Avenue Suite 2400
Eugene, OR 97401

by electronically filing the foregoing with the Clerk of Court on July 5, 2023, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 5th day of July, 2023.

FEDERAL PUBLIC DEFENDER OF
EDNC RALEIGH

By:   /s/ Leza Lee Driscoll
LEZA LEE DRISCOLL
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Leza_Driscoll@fd.org
N.C. State Bar No. 20926
LR 57.1 Counsel Appointed